UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY **PJ** D.C.

05 MAY 12 PM 1:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**BRIGITTE FLACK**

v.

**JO ANNE B. BARNHART,**
Commissioner of the Social
Security Administration

**JUDGMENT IN A CIVIL CASE**

CASE NO: 04-2455

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Remand entered on April 25, 2005, this cause is hereby dismissed.


APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_(signature)_ Carline Mayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02455 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT