IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 30 PM 4: 11
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| BRIGITTE FLACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-2455 |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING AWARD OF ATTORNEY FEES AND EXPENSES

The Plaintiff, Brigitte Flack, has moved for an award of attorney fees as a prevailing party under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, to cover the cost of pursuing judicial review of a decision by the Commissioner of the Social Security Administration denying her claim for Social Security disability benefits. The Plaintiff and Defendant have agreed that **$3,241.40** is a reasonable fee in this case.

WHEREFORE, by consent the parties request the Court enter its Order awarding EAJA fees to Plaintiff in the total amount of **$3,241.40.**

IT IS SO ORDERED this the 30th day of August, 2005.

Honorable Bernice B. Donald
United States District Judge

This document entered on the docket sheet In compliance
with Rule 58 and /or 79(a) FRCP on _____

CONSENTED TO AND APPROVED

*[signature]*

Lester T. Wener, # 8749
Wener & Associates, P.C.
Attorney For Plaintiff
100 North Main Building, Suite 1234
Memphis, Tennessee 38103-0595
(901) 525-2494



TERELL L. HARRIS
United States Attorney

By: *[signature]*
Joe A. Dycus
Assistant U. S. Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02455 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT